| STATE OF NORTH CAROLINA | File No. 20-cvs-1689 |
|---|---|
| CABARRUS County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**Name Of Plaintiff**
LOGAN DERNOSHEK

Address

City, State, Zip

**CIVIL SUMMONS**
☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**VERSUS**

**Name Of Defendant(s)**
FIRSTSERVICE RESIDENTIAL, INC.; and
NEXTLEVEL ASSOCIATION SOLUTIONS, INC.
d/b/a HOMEWISEDOCS.COM

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued: 10/20/2020

Date(s) Subsequent Summons(es) Issued:

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Nextleval Association Solutions, Inc. d/b/a Homewisedocs.com<br>c/o Chris Manning, Chief Operations Officer<br>5520 Kietzke Lane, Suite 200<br>Reno, NV 89511 | Nextleval Association Solutions, Inc. d/b/a Homewisedocs.com<br>c/o Gary Comstock, President<br>5520 Kietzke Lane, Suite 200<br>Reno, NV 89511 |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
Scott C. Harris
Whitfield Bryson LLP
900 W. Morgan St.
Raleigh, NC 27603
scott@whitfieldbryson.com; tel: 919-600-5003

Date Issued: 12-14-20   Time: 1002  ☒ AM  ☐ PM

Signature: [signature]

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

CERTIFIED MAIL
7020 1290 0000 0250 5221

Time: ☐ AM ☐ PM

Assistant CSC   ☐ Clerk Of Superior Court

☒ ENDORSEMENT (AS
This Summons was o[riginally issued on the date indicated]
above and returned n[ot served. At the request of the plaintiff,]
the time within which[ this Summons must be served is]
extended sixty (60) d[ays.]

**NOTE TO PARTIES:** M[any cases ...]
less are heard by ar[bitration ...]
so, what procedure is to be followed.

es where the amount in controversy is $25,000 or
se is assigned for mandatory arbitration, and, if

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70201290000002505221

Remove ✕

Your item was delivered to an individual at the address at 12:19 pm on December 21, 2020 in RENO, NV 89511.

## ✓ Delivered

December 21, 2020 at 12:19 pm
Delivered, Left with Individual
RENO, NV 89511

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

December 21, 2020, 12:19 pm
Delivered, Left with Individual
RENO, NV 89511
Your item was delivered to an individual at the address at 12:19 pm on December 21, 2020 in RENO, NV 89511.

December 20, 2020, 7:29 pm
Departed USPS Regional Facility
RENO NV DISTRIBUTION CENTER

**December 20, 2020, 2:40 pm**
Arrived at USPS Regional Facility
RENO NV DISTRIBUTION CENTER

**December 19, 2020**
In Transit to Next Facility

**December 18, 2020, 3:58 am**
Departed USPS Regional Facility
RALEIGH NC DISTRIBUTION CENTER

**December 18, 2020, 1:40 am**
Arrived at USPS Regional Facility
RALEIGH NC DISTRIBUTION CENTER

**Product Information** ⌄

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| STATE OF NORTH CAROLINA | File No. 20-cvs-1689 |
|---|---|
| CABARRUS County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| LOGAN DERNOSHEK | **CIVIL SUMMONS**<br>☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| Address | |
| City, State, Zip | G.S. 1A-1, Rules 3 and 4 |

| VERSUS | Date Original Summons Issued |
|---|---|
| Name Of Defendant(s) | 10/20/2020 |
| FIRSTSERVICE RESIDENTIAL, INC.; and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS.COM | Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Nextleval Association Solutions, Inc. d/b/a Homewisedocs.com<br>c/o Chris Manning, Chief Operations Officer<br>5520 Kietzke Lane, Suite 200<br>Reno, NV 89511 | Nextleval Association Solutions, Inc. d/b/a Homewisedocs.com<br>c/o Gary Comstock, President<br>5520 Kietzke Lane, Suite 200<br>Reno, NV 89511 |

⚠ IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 12-14-20 | Time 1002 ☒ AM ☐ PM |
|---|---|---|
| Scott C. Harris<br>Whitfield Bryson LLP<br>900 W. Morgan St.<br>Raleigh, NC 27603<br>scott@whitfieldbryson.com; tel: 919-600-5003 | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**CERTIFIED MAIL**
7020 1290 0000 0250 5207

| Endorsement | Time ☐ AM ☐ PM |
|---|---|
| | |
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

☒ EN
Thi
abc
the
ext

NOTE

is in which most cases where the amount in controversy is $25,000 or be notified if this case is assigned for mandatory arbitration, and, if

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

Case 1:21-cv-00056-CCE-JLW   Document 1-1   Filed 01/20/21   Page 4 of 6

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70201290000002505207

Remove ✕

Your item was delivered to an individual at the address at 12:19 pm on December 21, 2020 in RENO, NV 89511.

## ⊘ Delivered

December 21, 2020 at 12:19 pm
Delivered, Left with Individual
RENO, NV 89511

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

December 21, 2020, 12:19 pm
Delivered, Left with Individual
RENO, NV 89511
Your item was delivered to an individual at the address at 12:19 pm on December 21, 2020 in RENO, NV 89511.

December 20, 2020, 7:29 pm
Departed USPS Regional Facility
RENO NV DISTRIBUTION CENTER

**December 20, 2020, 2:40 pm**
Arrived at USPS Regional Facility
RENO NV DISTRIBUTION CENTER

**December 19, 2020**
In Transit to Next Facility

**December 18, 2020, 3:58 am**
Departed USPS Regional Facility
RALEIGH NC DISTRIBUTION CENTER

**December 18, 2020, 1:40 am**
Arrived at USPS Regional Facility
RALEIGH NC DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**