IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LOGAN DERNOSHEK, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:21-CV-56 |
| FIRSTSERVICE RESIDENTIAL, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, and in the Order entered on September 23, 2022, and filed at Docket 151, it is hereby **ORDERED AND ADJUDGED** that:

1. The defendants' motions for summary judgment, Docs. 119, 126, are **GRANTED**.

2. This case is **DISMISSED** with prejudice.

This the 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE